**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SZYPURA JR., CHARLES J | § | Case No. 11-40507 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/03/2012          By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
SZYPURA JR., CHARLES J              §      Case No. 11-40507
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 771.67 | $ 0.00 | $ 771.67 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 23.61 | $ 0.00 | $ 23.61 |
| Total to be paid for chapter 7 administrative expenses | | $ | 795.28 |
| Remaining Balance | | $ | 8,204.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,288.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 2,288.14 | $ 0.00 | $ 2,288.14 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,288.14 |
| Remaining Balance | $ 5,916.58 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 3.26 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,913.32 .

Prepared By: /s/Peter N. Metrou
                                 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Charles J Szypura  
    Debtor  

Case No. 11-40507-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: dross      Page 1 of 2      Date Rcvd: Dec 04, 2012  
                             Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2012.

```
db          +Charles J Szypura, Jr.,    706 Fowler St,    Millington, IL 60537-1039
17885428   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
17885423    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth, TX 76101-2039
18910689     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17885427    +Chase-Bp,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17885433    +Children's Memorial Hospital,    Attn: Bankruptcy Dept.,    PO BOX 4066,
             Carol Stream, IL 60197-4066
17885424    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17885425    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17885434    +First Source Financial,    Attn: Bankruptcy Dept.,    7650 Magna Drive,    Belleville, IL 62223-3366
17885429    +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
17885430    +Mary Pappas,    Attn: Bankruptcy Dept.,    3608 Thomas Court,    Plano, IL 60545-2187
17885431    +Pediatric Faculty Foundation,    Attn: Bankruptcy Dept.,    PO BOX 4051,
             Carol Stream, IL 60197-4051
17885435    +R M S,    Attn: Bankruptcy Dept.,    77 hartland St, Suite 401,    East Hartford, CT 06108-3253
17885422    +Seterus,    Attn: Bankruptcy Dept.,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
17885426    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17885432    +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 05 2012 04:35:17
             NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
             Horsham, PA 19044-2308
                                                                                              TOTAL: 1
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2012**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Dec 04, 2012
                              Form ID: pdf006          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2012 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor   Seterus, Inc. fka IBM Lender Business Processing
         Services, Inc. as servicer for Fannie Mae anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Dana N O'Brien    on behalf of Creditor   Seterus, Inc. fka IBM Lender Business Processing Services,
         Inc. as servicer for Fannie Mae dobrien@atty-pierce.com,  northerndistrict@atty-pierce.com
        Karolina L Hollingsworth    on behalf of Debtor Charles Szypura ndil@geracilaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
         pmetrou@ecf.epiqsystems.com

        TOTAL: 5